

# Office of the Attorney General
## State of Texas

**DAN MORALES**
ATTORNEY GENERAL

Opinion O-6858 has been withdrawn.